UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Aquatech Corporation,<br><br>    Plaintiff<br>v.<br><br>Custom Home Solutions, LLC and Rachelle Miller,<br><br>    Defendants | Case No.: 2:24-cv-01180-JAD-NJK<br><br>**Order Granting Motion to Stay and Denying Motions to Amend and for Attorneys' Fees Without Prejudice**<br><br>[ECF Nos. 13, 15, 18] |

    In January 2025, default judgment was entered against defendants Custom Home Solutions, LLC and Rachelle Miller in this contract-dispute case.[1] Plaintiff Aquatech Corporation moves to add attorneys' fees to that judgment.[2] It also asks that the court amend the judgment's caption to clearly reflect the names of both defendants because the judgment currently identifies "Custom Home Solutions, LLC et al."[3] Aquatech is concerned that the judgment's failure to name both defendants "may cause confusion when [it] attempts to enforce its rights arising from" the judgment.[4]

    After those motions were filed, however, Aquatech informed the court that Miller has initiated bankruptcy proceedings, and it moves to stay the case against Miller under 11 U.S.C. § 362.[5] Because filing for bankruptcy automatically stays the continuation of any

---

[1] ECF Nos. 11, 12.
[2] ECF No. 13.
[3] ECF Nos. 12, 15.
[4] ECF No. 15 at 2.
[5] ECF No. 18.

judicial action against the debtor,[6] Aquatech's motion is granted.  And because this stay may substantively affect the relief Aquatech seeks in its other pending motions, I deny those without prejudice to Aquatech's ability to refile them in this altered legal landscape.  If Aquatech does refile, it must address whether and how the stay as to Miller affects the court's ability to issue its requested relief.  Accordingly,

**IT IS ORDERED** that Aquatech's motion to stay this case as to Rachelle Miller **[ECF No. 18] is GRANTED.**  This action against Miller is STAYED.  The action continues against Custom Home Solutions, LLC only.

**IT IS FURTHER ORDERED** that Aquatech's motions for attorneys' fees and to amend judgment **[ECF Nos. 13 and 15] are DENIED without prejudice** to Aquatech's ability to refile them.

_____
U.S. District Judge Jennifer A. Dorsey
March 11, 2025

---

[6] 11 U.S.C. § 362(a)(1).